# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LARRY JAMES PECK,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:11-CV-00505-LRH-(RAM)

**ORDER**

    Petitioner has submitted a proper-person notice of motion for subpoena duces tecum (#15). Respondents have filed a motion to strike (#16). Petitioner is represented by counsel, and thus petitioner may not act on his own behalf in this case. LR IA 10-6(a).

    IT IS THEREFORE ORDERED respondents' motion to strike (#16) is **GRANTED**. The notice of motion for subpoena duces tecum (#15) is **STRICKEN**.

    DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE