# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LARRY JAMES PECK,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:11-cv-00505-LRH-WGC

**ORDER**

    Before the court is respondents' motion for enlargement of time (first request) (#45). Given that petitioner has moved to stay the action (#46), the court will grant respondents' motion and set a new briefing schedule, if necessary, upon the court's decision on the motion to stay (#46).

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#45) is **GRANTED**. Respondents need not file an answer or other response to the first amended petition (#28) until directed by the court.

    DATED this 6th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE